JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS JOSEPH CONNORS, | Case No. SACV 08-1242-VAP (MLG) |
|     Petitioner, | JUDGMENT |
|     v. | |
| JOHN MARSHALL, WARDEN, | |
|     Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 29, 2008

_____
Virginia A. Phillips
United States District Judge

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| THOMAS JOSEPH CONNORS, | Case No. SACV 08-1242-VAP (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 29, 2008

_____
Virginia A. Phillips
United States District Judge